PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number:  1:00CR05167-01 REC** |
| ) | |
| **William Gowgiel** ) | |
| ) | |

On August 18, 2003, the above-named was placed on Probation for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                              Respectfully submitted,

                              /s/ Marlene K. DeOrian

                              **Marlene K. DeOrian
United States Probation Officer**

Dated:       August 2, 2005
                Fresno, California
                MKD

**REVIEWED BY:**     /s/ Bruce A. Vasquez
                           **Bruce A. Vasquez
                           Supervising United States Probation Officer**

**Re: GOWGIEL, William
   Docket Number:   1:00CR05167-01 REC
   ORDER TERMINATING PROBATION
   <u>PRIOR TO EXPIRATION DATE</u>**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

August 22, 2005                                        /s/ OLIVER W. WANGER

**Date**                                                        **Oliver W. Wanger
                                                                  United States District Judge**

MKD
Attachment:   Recommendation
cc:   United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office